filed on or before December 5, 1927, with notice of argument for January 3, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL BERG, Correct Name SUNKIN.— Motion to dismiss appeal granted, unless appellant procure appellant's points to be filed on or before December 1, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAMMALA CORPORATION v. ISADORO ALTMAN and Another.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALLEN B. POTTER v. RAY ROTHSCHILD.— Preference granted for December 7, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALEXANDER LESSIN, an Infant, by MARKUS LESSIN, His Guardian ad Litem, Respondent, Appellant, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, Respondent, and THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs to the plaintiff against the defendant, The Board of Education. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents.

MARKUS LESSIN, Respondent, Appellant, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, Respondent, and THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs to the plaintiff against the defendant, The Board of Education. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents.

LUCY GAROFALO and Another, as Administrators of the Estate of BASTIANO GAROFALO, Respondents, v. M. PATANE Co., INC., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

40TH ST. & PARK AVE., INC., Appellant, v. AUSTEN G. Fox and Another, Respondents. THE BOWERY SAVINGS BANK and Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

TERMINAL PRINTING & PUBLISHING Co., INC., Respondent, v. ISABEL LOWDEN and Others, Defendants, Impleaded with ALFRED HUMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant Alfred Human to answer within twenty days from service of order upon payment of said costs, and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

TERMINAL PRINTING & PUBLISHING Co., INC., Respondent, v. ISABEL LOWDEN and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE EBLING BREWING COMPANY, Appellant, v. MAX EYSLER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

I. B. MILLER, INC., Respondent, v. THE STUDEBAKER CORPORATION OF AMERICA, Defendant, Impleaded with WHARTON GREEN & COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.